UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60542-CIV-DIMITROULEAS

JOEL ESPINOSA,

Magistrate Judge Rosenbaum

      Plaintiff,

vs.

HBG PEMBROKE PINES, L.L.C.,
a Florida limited liability company,

      Defendant.
_____/

**FINAL ORDER DISMISSING CASE**

    THIS CAUSE is before the Court upon the Plaintiffs, Joel Espinosa's Notice of Voluntary Dismissal With Prejudice [DE 9]. The Court has carefully reviewed the Stipulation, notes that the Defendant has yet to file an Answer or Motion for Summary Judgment, and is otherwise fully advised in the premises.

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1. The Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 9] is hereby **APPROVED**;

    2. The above-styled case is hereby **dismissed with prejudice**;

    3. All pending motions are denied as moot;

    4. The clerk shall close this case

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of July, 2008.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record